IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00155 |
| | ) | Judge Trauger |
| BOBBY MILES, a/k/a "Lucky," | ) | |
| a/k/a "Lucky Mac" | ) | |

## **O R D E R**

It is hereby **ORDERED** that the sentencing hearing is reset for Tuesday, March 4, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 3rd day of March 2014.

ALETA A. TRAUGER
U.S. District Judge